IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| MARY A. KOCH, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 05-CV-549-WDS |
| MERK & CO., INC., | ) | |
| Defendant. | ) | |

**O R D E R**

**STIEHL, District Judge:**

The undersigned judge hereby **RECUSES** himself in this matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED:   August 12, 2005.**


**s/ WILLIAM D.  STIEHL**
**DISTRICT JUDGE**


Case reassigned to United States District Judge G. Patrick Murphy.  All further pleadings shall bear the case number 05-549-GPM.